

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 2:24-CR- 107
) JUDGE Corker/Wyrick
RYAN GLIDEWELL, )
AYLISSA GLIDEWELL )
a/k/a Aylissa Joyner, AND )
EDWARD ZANES )

**MOTION TO SEAL**

COMES NOW, the United States of America, by and through the United States Attorney

for the Eastern District of Tennessee, and hereby moves to seal all documents in this case,

including the Motion to Seal, until such time as the defendants have made an initial appearance

before the court, at which time the file may be unsealed unless the court otherwise orders. The

sealing of this file should not prevent disclosure of the indictment to duly authorized law

enforcement officers or the United States Marshals for purposes of arrest or apprehension of the

named defendant.

Submitted, this the 10th day of December, 2024.

Respectfully submitted,

FRANCIS M. HAMILTON, III
United States Attorney

BY: *s/Mac D. Heavener, III*
MAC D. HEAVENER, III
Assistant U.S. Attorney